# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## Orlando Division

| | |
|---|---|
| COLOR EVENTS, BV, ) | |
| ) | |
| Petitioner, ) | Case No. 6:18-cv-00648-RBD-DCI |
| ) | |
| v. ) | |
| ) | |
| MULTI TALENT AGENCY, INC. ) | |
| ) | |
| Respondent. ) | |
| ) | |

### MOTION FOR FINAL DEFAULT JUDGMENT AGAINST RESPONDENT
### MULTI TALENT AGENCY, INC. AND INCORPORATED MEMORANDUM OF LAW

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, petitioner Color Events, BV ("Petitioner") moves for entry of a Clerk's default judgment against respondent Multi Talent Agency, Inc. ("MTA"). In support, Petitioner states:

1. MTA was served on July 10, 2018 with the Petition to Confirm Arbitration Award, Summons, and other documents through delivery of these documents on MTA's Chief Executive Officer, Tasea Ferguson. A copy of the return of service has been previously filed with the Court [ECF No. 17].

2. MTA's response to the Petition was due to be filed no later than July 31, 2018.

3. MTA failed to plead or otherwise defend this action.

4. Petitioner moved for entry of a Clerk's default against MTA for failure to plead or otherwise defend this action on August 7, 2018 [ECF No. 18].

5. A Clerk's default was entered against MTA on August 8, 2018 [ECF No. 19].

6. MTA is a Florida corporation and therefore neither a minor nor an incompetent person.

7. Petitioner's claim is for an amount certain, $310.708.26 (the "Amount Certain").

8. The Amount Certain is calculated by taking the $534,439.26 award issued in the underlying arbitration (the "Final Award," a copy of which is attached as Exhibit B to the Complaint [ECF No. 1-3]) and subtracting $223,731.00, which represents the amount previous received by Petitioner from other sources in partial satisfaction of the Final Award.

9. As set forth in the incorporated memorandum of law, Petitioner is entitled to entry of a Clerk's Default Judgment in its favor and against MTA in the amount of $310,708.26 plus post-judgment interest at a rate of ten percent (10%) per annum as set forth in the Final Award.

## MEMORANDUM OF LAW

Pursuant to Rule 55(b)(1), Fed. R. Civ. P., on a plaintiff's request, a clerk must enter a default judgment against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person if the plaintiff's claim is for a sum certain or a sum that can be made certain by computation. *Id*.

A Clerk's default was entered against MTA on August 8, 2018 [ECF No. 19] for its failure to appear in this action. MTA is a Florida corporation and therefore is neither a minor nor an incompetent person. Petitioner's claim is for an amount certain, $310.708.26. A true and correct copy of the Declaration of Donnie M. King ("King Declaration") is attached hereto as **Exhibit A**. The amount sought is calculated by taking the $534,439.26 Final Award issued in the underlying arbitration and subtracting $223,731.00, the amount previously received by Petitioner from other sources in partial satisfaction of the Final Award. The King Declaration establishes the amount due and is properly provided in support of this motion. *See* Fed. R. Civ. P Rule 55(b)(1); 28 U.S.C. §1746.

2

Because a Clerk's default was entered against MTA on August 8, 2018 and Petitioner's claim is for a sum certain or a sum that can be made certain by computation, entry of a Clerk's default judgment is appropriate as a matter of law.

WHEREFORE, petitioner Color Events, BV requests that: (i) the Clerk enter a default judgment against respondent Multi Talent Agency, Inc. and in its favor in the amount of $310,708.26 plus post-judgment interest at a rate of 10% per annum; and (ii) grant such further relief as the Court deems just.

                                            Respectfully submitted,

Date: August 16, 2018                **AKERMAN LLP**
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Telephone: (305) 374-5600
Facsimile: (305) 374-5095

By: *s/Ryan Roman*
   MICHAEL C. MARSH
   Primary e-mail: michael.marsh@akerman.com
   Secondary e-mail: sharon.luesang@akerman.com
   RYAN ROMAN
   Primary e-mail: ryan.roman@akerman.com
   Secondary e-mail: dorothy.matheis@akerman.com
   DONNIE M. KING
   Primary e-mail: donnie.king@akerman.com
   Secondary e-mail: simone.tobie@akerman.com

*Attorneys for Petitioner Color Events, BV*

46042963;1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of the foregoing to be filed via the CM/ECF electronic filing system on this 16th day of August, 2018, and thereby served by U.S. Mail (and email where indicated) upon the following parties:

Multi Talent Agency, Inc.
c/o Stephen Ferguson, Registered Agent
4300 W. Lake Mary Blvd., #1010-324
Lake Mary, FL  32746

*s/Ryan Roman*
Attorney

46042963;1