IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| COLOR EVENTS, BV, | ) |
| | ) |
| Petitioner, | )   Case No: 6:18-cv-00648-RBD-DCI |
| | ) |
| v. | ) |
| | ) |
| MULTI TALENT AGENCY, INC. | ) |
| | ) |
| Respondent. | ) |
| _____ | ) |

## JUDGMENT BY DEFAULT

Default was entered against respondent Multi Talent Agency, Inc. ("MTA") on August 8, 2018 [ECF No. 19]. Petitioner Color Events, BV ("Color Events") has requested entry of judgment by default and has filed a declaration of the amount due. Furthermore, it appears from the record that MTA is a Florida corporation and therefore nether a minor nor an incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), judgment is entered against the respondent MTA and in favor of petitioner Color Events as follows:

Petitioner Color Events, BV, with its principal place of business at One Liberty Place, 1650 Market Street, 56th Floor, Philadelphia, PA 19103, shall recover from respondent Multi Talent Agency, Inc., with its principal place of business at 1621 E. Hillcrest Street, Orlando, FL 32803, the amount of $310,708.28 plus post-judgment interest at a rate of ten percent (10%) per annum along with costs, for which execution shall issue.

CLERK OF THE COURT

Date: _____        _____
                                    *Signature of Clerk or Deputy Clerk*

Copies furnished to:   Counsel of Record
                       Multi Talent Agency, c/o Stephen Ferguson

46096818;1