## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Orlando Division

| | |
|---|---|
| COLOR EVENTS, BV, | ) |
| Petitioner, | ) Case No. 6:18-cv-00648-RBD-DCI |
| v. | ) **DECLARATION OF DONNIE M.** |
| | ) **KING IN SUPPORT OF** |
| MULTI TALENT AGENCY, INC. | ) **PETITIONER'S MOTION FOR** |
| | ) **FINAL DEFAULT JUDGMENT** |
| Respondent. | ) **AGAINST RESPONDENT MULTI** |
| | ) **TALENT AGENCY, INC.** |

DONNIE M. KING declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am counsel for petitioner Color Events, BV ("Petitioner" or "Color Events") and make this declaration in support of Petitioner's Motion for Final Default Judgment (the "Motion") against respondent Multi Talent Agency, Inc. ("MTA").

2. On April 27, 2017, Color Events filed a demand for arbitration with the American Arbitration Association ("AAA") against MTA. As Color Events is a foreign corporate entity and MTA is a U.S.-based corporation, the matter was transferred to the International Centre for Dispute Resolution ("ICDR") to administer the arbitration.

3. On March 14, 2018, the arbitrator in the ICDR dispute found in favor of Color Events and against MTA for the total amount before interest of $534,439.26 (the "Final Award", a copy of which is attached as Exhibit B to the Complaint [ECF No. 1-3]).

4. Since issuance of the Final Award, Petitioner has received $223,731.00 from other sources in partial satisfaction of the Final Award.

5. Petitioner's claim is for an amount certain, $310.708.26 plus post-judgment interest at a rate of ten percent (10%) per annum as set forth in the Final Award (the "Amount Certain").

6. The Amount Certain is calculated by taking the $534,439.26 Final Award issued in the underlying arbitration and subtracting $223,731.00, which represents the amount previous received by Petitioner from other sources in partial satisfaction of the Final Award.

7. On July 10, 2018, MTA was served with the Petition to Confirm Arbitration Award, Summons, and other documents through delivery of these documents on MTA's Chief Executive Officer, Tasea Ferguson.

8. MTA's response to the Petition was due to be filed no later than July 31, 2018.

9. MTA failed to plead or otherwise defend this action.

10. Petitioner moved for entry of a Clerk's default against MTA for failure to plead or otherwise defend this action on August 7, 2018 [ECF No. 18].

11. A Clerk's default was entered against MTA on August 8, 2018 [ECF No. 19].

12. MTA is a Florida corporation and therefore neither a minor nor an incompetent person.

WHEREFORE, it is respectfully requested that the Motion be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Miami, Florida

August 16, 2018

By: _____
Donnie King

46096421;1