UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COLOR EVENTS, BV,

    Petitioner,

v.                                                 Case No. 6:18-cv-648-Orl-37DCI

MULTI TALENT AGENCY, INC.,

    Respondent.
_____

## **ORDER**

Petitioner commenced the instant action seeking to confirm an arbitration award related to the breach of a performance agreement between Petitioner and Respondent. (Doc. 1.) Despite being served, Respondent failed to appear or otherwise respond in time, so the Clerk entered default. (*See* Docs. 17, 18, 19.) Now Petitioner moves for final default judgment against Respondent. (Doc. 20 ("**Motion**").)

On referral, U.S. Magistrate Judge Daniel C. Irick recommends granting the Motion, as the well-pled allegations of the Petition and supporting exhibits adequately establish the basis for default judgment under Federal Rule of Civil Procedure 55. (*See* Doc. 22, pp. 2–4 ("**R&R**").) Furthermore, Petitioner seeks an amount certain in damages based on supporting documentation, with a reduction for amounts Petitioner has received. (*Id.* at 4; *see also* Doc. 20, p. 2.) With this, good cause exists to enter default judgment in the amount of $310,708.26 plus post-judgment interest at a rate of 10% per annum. (*See* Doc. 22, p. 4.)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 22) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Petitioner Color Events, BV's Motion for Final Default Judgment Against Respondent Multi Talent Agency, Inc. and Incorporated Memorandum of Law (Doc. 20) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Petitioner Color Events, BV and against Respondent Multi Talent Agency, Inc. in the amount of $310,708.26 plus post-judgment interest at a rate of 10% per annum.

4. The Clerk is further **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 2, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record